**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOSEPH MCATEER | : | |
| Administrator of the Estate of JAMES MCATEER, | : | |
| Deceased | : | |
| 219 2nd Ave | : | |
| Newtown Square, PA 19073 | : | |
|       Plaintiff, | : | |
|     v. | : | |
| KRISTIN CONLON, PhD. | : | |
| 700 Arch Street | : | Civil Action: 22-cv-3346 |
| Philadelphia, PA 19106 | : | |
|     And | : | |
| BETH DANIELS, PhD. | : | |
| 700 Arch Street | : | |
| Philadelphia, PA 19106 | : | |
|     And | : | |
| LORI JAGODA, PhD. | : | |
| 700 Arch Street | : | |
| Philadelphia, PA19106 | : | |
|     And | : | |
| JOHN DOES 1-5 | : | |
|     And | : | |
| JOHN DOE, INC. 1-5 | : | |
|     Defendants. | : | |

_____

**<u>NOTICE OF REMOVAL</u>**

Pursuant to 28 U.S.C. Section 1442(a)(1), the United States of America, on behalf of

defendants Kristin Conlon, Beth Daniels, and Lori Jagoda, removes this action to the United

States District Court for the Eastern District of Pennsylvania.  In support, the United States avers

as follows:

1.      On or about May 4, 2022, plaintiff Joseph McAteer filed a complaint in the Court

of Common Pleas for Philadelphia County, Pennsylvania.  A true and correct copy of the

Complaint is attached hereto as Exhibit "A."

2.	The individual defendants, Conlon, Daniels, and Jagoda, are federal employees who provided health care services at the Federal Detention Center Philadelphia at all times relevant to the allegations of the Complaint.

3.	In the Complaint, plaintiff alleges that he is the administrator of the estate of James McAteer, who committed suicide while incarcerated in the Federal Detention Center in Philadelphia.  Plaintiff asserts that the defendants acted negligently in their care of James McAteer, and that James McAteer suffered injury as a result, including his suicide.  Plaintiff seeks damages as a result of the alleged negligence.

4.	The individual defendants, Conlon, Daniels, and Jagoda, are Bureau of Prisons employees who at all times relevant to the allegations of the Complaint were acting within the scope of their employment.  *See* Declaration of Jacqueline C. Romero, United States Attorney, attached hereto as Exhibit "B."  As such, the United States is substituted as a matter of law pursuant to 28 U.S.C. § 2679(d)(1), which provides the following:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a United States district court shall be deemed an action against the United States under the provisions of this title and all references thereto, and the United States shall be substituted as the party defendant.

5.	The United States district courts have exclusive jurisdiction over civil actions on claims against the United States for money damages.  28 U.S.C. § 1346(b).

6.	Accordingly, this is a suit against the United States, and removal of this action is proper pursuant to 28 U.S.C. § 1442(a)(1).

7.	Under 28 U.S.C. § 1442(a)(1), any civil action commenced in State court against

2

an agency of the United States may be removed to the United States District Court for the district in which the action is pending.  This action is removable to this Court pursuant to 28 U.S.C. § 2679(d)(2), which provides in pertinent part that:

> Upon certification by the Attorney General that the defendant employee was acting within the scope of his office or employment at the time of the incident out of which the claim arose, any civil action or proceeding commenced upon such claim in a State court shall be removed without bond at any time before trial by the Attorney General to the district court of the United States for the district and division embracing the place in which the action or proceeding is pending . . . .

8.      In accordance with 28 U.S.C. § 1446(d), a true and correct certified copy of this Notice of Removal is being: (a) filed in the Court of Common Pleas of Philadelphia County; and (b) sent to counsel for plaintiff.

9.      No bond is required to accompany this Notice, because it is being filed on behalf of the United States.

10.      Removal by the United States is timely.

WHEREFORE, the United States of America, on behalf of Kristin Conlon, Beth Daniels, and Lori Jagoda, Case No. 220500344, is removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

*s/ Paul W. Kaufman for*
GREGORY B. DAVID
Assistant United States Attorney
Chief, Civil Division

3

Dated: August 22, 2022

*s/ Viveca D. Parker*
VIVECA D. PARKER
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Phone: (215) 861-8443

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of August, 2022, I served a true and correct copy of

the foregoing Notice of Removal, with exhibits, by First Class U.S. Mail upon the following:

Gerald B. Baldino, Esq.
306 East 2nd Street
Media PA 19063
*Attorney for plaintiff*

s/ *Viveca D. Parker*
VIVECA D. PARKER
Assistant United States Attorney